**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Terrance** | **John** | **Wooten** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number: **24-41676**
(if known)

☐ Check if this is an amended filing

Official Form 106A/B

## Schedule A/B: Property 12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

1.1.

**3884 CR 2182**
Street address, if available, or other description

**Greenville          TX    75402**
City                          State    ZIP Code

**Hunt**
County

**3884 CR 2182, Greenville, TX 75402 awarded to former spouse Haley L. Wooten, Agreed Decree of Divorce Hunt County TX dated 12/30/2021; Decree filed 1/7/2022**

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
$484,510.00                                        $0.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**None**

☐ **Check if this is community property**
   (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ..................................➔

| $0.00 |
|---|

| Debtor 1 | **Terrance John Wooten** | Case number (if known) | **24-41676** |
|---|---|---|---|

| **Part 2:** | **Describe Your Vehicles** |
|---|---|

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

| 3.1. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Jaguar** | Check one. | |
| Model: | **XJ6** | ☑ Debtor 1 only | |
| Year: | **1997** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: | **88,000** | ☐ Debtor 1 and Debtor 2 only | |
| | | ☐ At least one of the debtors and another | **$2,000.00** / **$2,000.00** |

Other information:
**1997 Jaguar XJ6 (approx. 88,000 miles)**

☐ Check if this is community property
(see instructions)

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☑ Yes

| 4.1. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Triton** | Check one. | |
| Model: | **TRX21** | ☑ Debtor 1 only | |
| Year: | **2011** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | | ☐ Debtor 1 and Debtor 2 only | |
| | | ☐ At least one of the debtors and another | **$20,000.00** / **$20,000.00** |

Other information:
**2011 Triton TRX21 boat**

☐ Check if this is community property
(see instructions)

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here....................................➜ **$22,000.00**

| **Part 3:** | **Describe Your Personal and Household Items** |
|---|---|

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware

☑ No
☐ Yes. Describe.....

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☑ No
☐ Yes. Describe.....

Debtor 1  __Terrance John Wooten_____  Case number (if known) __24-41676__

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects;
   stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☑ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis;
   canoes and kayaks; carpentry tools; musical instruments

   ☐ No
   ☑ Yes. Describe.....  **fishing equipment**                                    $500.00

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No
    ☑ Yes. Describe.....  **3 rifles and 2 pistols**                              $2,500.00

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe.....  **clothes**                                             $500.00

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems,
    gold, silver

    ☑ No
    ☐ Yes. Describe.....

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses

    ☑ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you
    did not list**

    ☑ No
    ☐ Yes. Give specific
    information............

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have
    attached for Part 3. Write the number here**..................................................................... ➔     $3,500.00

---

## Part 4:   Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your
    petition

    ☑ No
    ☐ Yes.......................................................................................... Cash:  ...........................

Debtor 1   **Terrance John Wooten**                                    Case number (if known)   **24-41676**

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes............................                    Institution name:

    17.1.   Savings account:   **Checking account Texas Credit Union 9967**                    $25.00

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes............................   Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them.........................   Name of entity:                    % of ownership:

    **Lighthouse Plumbing & Mechanical LLC**                    **100%**            **Unknown**

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them.........................   Issuer name:

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each account separately.   Type of account:   Institution name:

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes............................                    Institution name or individual:

**23. Annuities**   (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes............................   Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes............................   Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them

Debtor 1    **Terrance John Wooten**                                    Case number (if known) **24-41676**

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

   ☑ No
   ☐ Yes. Give specific
       information about them

**27. Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

   ☑ No
   ☐ Yes. Give specific
       information about them

**Money or property owed to you?**                                    **Current value of the portion you own?**
                                                                      Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

   ☑ No
   ☐ Yes. Give specific information                                   Federal: _____
       about them, including whether
       you already filed the returns                                  State: _____
       and the tax years.....................
                                                                      Local: _____

**29. Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

   ☑ No
   ☐ Yes. Give specific information                                   Alimony: _____

                                                                      Maintenance: _____

                                                                      Support: _____

                                                                      Divorce settlement: _____

                                                                      Property settlement: _____

**30. Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers'
              compensation, Social Security benefits; unpaid loans you made to someone else

   ☑ No
   ☐ Yes. Give specific information

**31. Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

   ☐ No
   ☑ Yes. Name the insurance
       company of each policy
       and list its value...............  Company name:          Beneficiary:              Surrender or refund value:

                                          **Northwestern Mutual term life
                                          insurance**              **Josie and Sarah Wooten**              **$0.00**

**32. Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently
   entitled to receive property because someone has died

   ☑ No
   ☐ Yes. Give specific information

Debtor 1    **Terrance John Wooten**                                   Case number (if known)    **24-41676**

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☑ No
    ☐ Yes.  Describe each claim........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No
    ☐ Yes.  Describe each claim........

35. **Any financial assets you did not already list**

    ☑ No
    ☐ Yes.  Give specific information

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**...................................................................................➔    $25.00

## Part 5:    Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☑ No.  Go to Part 6.
    ☐ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

    ☑ No
    ☐ Yes.  Describe..

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

    ☑ No
    ☐ Yes.  Describe..

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

    ☑ No
    ☐ Yes.  Describe..

41. **Inventory**

    ☑ No
    ☐ Yes.  Describe..

Debtor 1    **Terrance John Wooten**                                    Case number (if known) **24-41676**

42.  **Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe.....  Name of entity:                              % of ownership:

43.  **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes.  **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
      ☐ No
      ☐ Yes.  Describe....

44.  **Any business-related property you did not already list**

☑ No
☐ Yes.  Give specific information.

45.  **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**......................................................................... ➔    | $0.00 |

---

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | **If you own or have an interest in farmland, list it in Part 1.** |

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No.  Go to Part 7.
☐ Yes.  Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47.  **Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes....

48.  **Crops--either growing or harvested**

☑ No
☐ Yes.  Give specific information...............

49.  **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes....

50.  **Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....

51.  **Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes.  Give specific information...............

52.  **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**......................................................................... ➔    | $0.00 |

Debtor 1   **Terrance John Wooten**                               Case number (if known)   **24–41676**

---

**Part 7:   Describe All Property You Own or Have an Interest in That You Did Not List Above**

---

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

    ☑ No
    ☐ Yes.  Give specific information.

54. **Add the dollar value of all of your entries from Part 7.  Write that number here**.............................. ➔ | **$0.00** |

---

**Part 8:   List the Totals of Each Part of this Form**

---

55. **Part 1: Total real estate, line 2**.................................................................................... ➔    **$0.00**

56. **Part 2: Total vehicles, line 5**                              **$22,000.00**

57. **Part 3: Total personal and household items, line 15**       **$3,500.00**

58. **Part 4: Total financial assets, line 36**                    **$25.00**

59. **Part 5: Total business-related property, line 45**          **$0.00**

60. **Part 6: Total farm- and fishing-related property, line 52**  **$0.00**

61. **Part 7: Total other property not listed, line 54**        + **$0.00**

62. **Total personal property.**   Add lines 56 through 61.................. | **$25,525.00** |   Copy personal property total ➔ + **$25,525.00**

63. **Total of all property on Schedule A/B.**   Add line 55 + line 62............................................................ | **$25,525.00** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Terrance** | **John** | **Wooten** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **24-41676** | | |

☐ Check if this is an amended filing

Official Form 106C

## Schedule C: The Property You Claim as Exempt

04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**1997 Jaguar XJ6 (approx. 88,000 miles)**<br>Line from *Schedule A/B*: __**3.1**__ | **$2,000.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2) (Allocated: 100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**2011 Triton TRX21 boat**<br>Line from *Schedule A/B*: __**4.1**__ | **$20,000.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5) (Allocated: 100% of fair market value, up to any applicable statutory limit)** |

3. **Are you claiming a homestead exemption of more than $189,050?**

(Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

☑ No
☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
  ☐ No
  ☐ Yes

Debtor 1    **Terrance John Wooten** _____    Case number (if known)   **24-41676**

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**fishing equipment**<br><br>Line from *Schedule A/B*:   **9** | **$500.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5) (Allocated: 100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**3 rifles and 2 pistols**<br><br>Line from *Schedule A/B*:   **10** | **$2,500.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5) (Allocated: 100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**clothes**<br><br>Line from *Schedule A/B*:   **11** | **$500.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Allocated: $500.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**Checking account Texas Credit Union 9967**<br><br>Line from *Schedule A/B*:   **17.1** | **$25.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5) (Allocated: 100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**Lighthouse Plumbing & Mechanical LLC**<br><br>Line from *Schedule A/B*:   **19** | **Unknown** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5) (Allocated: Unknown**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**Northwestern Mutual term life insurance**<br><br>Line from *Schedule A/B*:   **31** | **$0.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(11)(C) (Allocated: 100% of fair market value, up to any applicable statutory limit)** |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:   **Terrance John Wooten**                    CASE NO   **24-41676**

                                                     CHAPTER   **7**

## TOTALS BY EXEMPTION LAW

| Exemption Law | Husband | Wife | Joint | Community | N/A | Exemption Total | Market Value Total |
|---|---|---|---|---|---|---|---|
| 11 U.S.C. § 522(d)(11)(C) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 U.S.C. § 522(d)(2) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,000.00 |
| 11 U.S.C. § 522(d)(3) | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | $500.00 |
| 11 U.S.C. § 522(d)(5) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $23,025.00 |

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Terrance** | **John** **Wooten** |
| | First Name | Middle Name    Last Name |
| Debtor 2 | | |
| (Spouse, if filing) | First Name | Middle Name    Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **24-41676**
(if known)

☐ Check if this is an
amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying
correct information.  If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form.
On the top of any additional pages, write your name and case number (if known).

1.  **Do any creditors have claims secured by your property?**

☐ No.  Check this box and submit this form to the court with your other schedules.  You have nothing else to report on this form.
☑ Yes.  Fill in all of the information below.

| **Part 1:** | **List All Secured Claims** |
|---|---|

2.  **List all secured claims.**  If a creditor has more than one secured
claim, list the creditor separately for each claim.  If more than one
creditor has a particular claim, list the other creditors in Part 2.  As
much as possible, list the claims in alphabetical order according to the
creditor's name.

|  | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|

| 2.1 | | | | |
|---|---|---|---|---|
| **INTERNAL REVENUE SERVICE** | Describe the property that secures the claim: | **$530,703.13** | **$25,025.00** | **$505,678.13** |
| Creditor's name | **2-Notice of Federal Tax Liens** | | | |
| **CENTRALIZED INSOLVENCY OPERA** | | | | |
| Number    Street | | | | |
| **PO BOX 7346** | | | | |

As of the date you file, the claim is: Check all that apply.

☐ Contingent

**PHILADELPHIA    PA    19101-7346**
City    State    ZIP Code

☐ Unliquidated
☐ Disputed

**Who owes the debt?**  Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates**
**to a community debt**

**Nature of lien.**  Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Taxes**

**Date debt was incurred**

**100% business**

Last 4 digits of account number    ___  ___  ___  ___

Add the dollar value of your entries in Column A on this page.  Write
that number here:

| $530,703.13 |
|---|

Debtor 1   **Terrance John Wooten**                                    Case number (if known)   **24-41676**

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.2**

**Shellpoint Mortgage Servicing**
Creditor's name
**Attn: Bankruptcy**
Number    Street
**PO Box 10826**

Describe the property that secures the claim:

**3884 CR 2182, Greenville, TX 75402**

Amount of claim: **$96,483.00**    Value of collateral: **$0.00**    Unsecured portion: **$96,483.00**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Greenville      SC    29603**
City            State    ZIP Code

**Who owes the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred   **04/2013**

**100% consumer**

**Nature of lien.**  Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Conventional Real Estate Mortgage**

Last 4 digits of account number    **5  5  6  3**

Add the dollar value of your entries in Column A on this page.  Write that number here:   **$96,483.00**

If this is the last page of your form, add the dollar value totals from all pages.  Write that number here:   **$627,186.13**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Terrance** | **John** | **Wooten** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **24-41676**
(if known)

☐ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**
    ☑ No. Go to Part 2.
    ☐ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | | |
|---|---|---|
| | | _____ |
| Priority Creditor's Name | Last 4 digits of account number __ __ __ __ | |
| | When was the debt incurred? _____ | |
| Number        Street | | |
| | As of the date you file, the claim is: Check all that apply. | |
| | ☐ Contingent | |
| | ☐ Unliquidated | |
| | ☐ Disputed | |
| City            State    ZIP Code | | |
| **Who incurred the debt?** Check one. | **Type of PRIORITY unsecured claim:** | |
| ☐ Debtor 1 only | ☐ Domestic support obligations | |
| ☐ Debtor 2 only | ☐ Taxes and certain other debts you owe the government | |
| ☐ Debtor 1 and Debtor 2 only | ☐ Claims for death or personal injury while you were intoxicated | |
| ☐ At least one of the debtors and another | | |
| ☐ **Check if this claim is for a community debt** | ☐ Other. Specify | |
| **Is the claim subject to offset?** | | |
| ☐ No | | |
| ☐ Yes | | |

Debtor 1    **Terrance John Wooten**                                    Case number (if known)  **24-41676**

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.

☑ Yes

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

**Total claim**

---

**4.1**                                                                     $158.23

**Baylor Scott & White**
Nonpriority Creditor's Name
**PO Box 1259**
Number    Street
**Dept. 128575**

**Oaks            PA      19456**
City                          State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes
**100% consumer**

**Last 4 digits of account number**    0    6    9    5
**When was the debt incurred?**    3/9/2022

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Medical**

---

**4.2**                                                                     $7,144.00

**Capital One**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**PO Box 30285**

**Salt Lake City        UT      84130**
City                          State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes
**100% consumer**

**Last 4 digits of account number**    9    7    6    8
**When was the debt incurred?**    11/02/2011

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Credit Card**

---

Debtor 1   **Terrance John Wooten**                                    Case number (if known)   **24-41676**

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
| --- | --- |

**4.3**                                                                                                          **$6,338.00**

**Cbna**
Nonpriority Creditor's Name
**Attn: Centralized BankruptcyDept**
Number   Street
**PO Box 790034**

**St Louis**               **MO      63179**
City                        State     ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**100% consumer**

Last 4 digits of account number   **8   8   0   7**
**When was the debt incurred?**   **04/2022**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

**4.4**                                                                                                          **$22,365.00**

**Colonial Auto Finance/America's Car-Mart**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number   Street
**1805 N 2nd Street Suite 401**

**Rogers**               **AR      72756**
City                        State     ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**100% consumer**

Last 4 digits of account number   **6   8   4   9**
**When was the debt incurred?**   **07/2023**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Automobile**

Debtor 1    **Terrance John Wooten**                                    Case number (if known)  **24-41676**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
| --- | --- |

| 4.5 | | **$1.00** |

**EquipmentShare.com Inc.**
Nonpriority Creditor's Name
**5710 Bull Run Drive**
Number      Street

**Columbia**              **MO**    **65201**
City                            State      ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**100% business**

Last 4 digits of account number  __ __ __ __
**When was the debt incurred?**     **9/15/2022**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Other**

| 4.6 | | **$0.00** |

**Exeter Operating Partnership IV LP**
Nonpriority Creditor's Name
**101 West Elm St. #600**
Number      Street

**Conshohocken**          **PA**    **19428**
City                            State      ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __
**When was the debt incurred?**     **before 9/13/2019**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Lease**

Debtor 1   **Terrance John Wooten** _____   Case number (if known)  **24-41676**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.7**

$31.81

**Gateway Diagnostic Imaging**
Nonpriority Creditor's Name
**PO Box 95383**
Number        Street
_____

**Grapevine        TX        76099**
City                    State      ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**100% consumer**

**Last 4 digits of account number   9   2   6   0**
**When was the debt incurred?**  4/6/2022

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Medical**

**4.8**

$317,520.59

**Hajoca Corporation**
Nonpriority Creditor's Name
**127 Coulter Ave**
Number        Street
_____

**Ardmore        PA        19003**
City                    State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**100% business**

**Last 4 digits of account number   __   __   __   __**
**When was the debt incurred?**  01/17/2023

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Judgment**

Debtor 1    **Terrance John Wooten**                                    Case number (if known)    **24-41676**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

**4.9**                                                                                                         **$12,119.00**

**Hancock Whitney Bank**                    Last 4 digits of account number    **3    4    7    5**
Nonpriority Creditor's Name
**Po Box 4019**                                When was the debt incurred?    **12/2021**
Number        Street

                                              As of the date you file, the claim is: Check all that apply.
                                              ☐ Contingent
                                              ☐ Unliquidated
                                              ☐ Disputed
**Gulfport**                **MS**    **39502**
City                        State    ZIP Code        Type of NONPRIORITY unsecured claim:
**Who incurred the debt?**    Check one.
☑ Debtor 1 only                               ☐ Student loans
☐ Debtor 2 only                               ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                     that you did not report as priority claims
☐ At least one of the debtors and another     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**    ☑ Other.  Specify
                                              **Unsecured**
**Is the claim subject to offset?**
☑ No
☐ Yes

**100% consumer**

| | **$335.00** |
|---|---|

**4.10**

**IC Systems, Inc**                            Last 4 digits of account number    **4    4    3    6**
Nonpriority Creditor's Name
**Attn: Bankruptcy**                           When was the debt incurred?    **04/13/2024**
Number        Street
**PO Box 64378**
                                              As of the date you file, the claim is: Check all that apply.
                                              ☐ Contingent
                                              ☐ Unliquidated
                                              ☐ Disputed
**St. Paul**                **MN**    **55164**
City                        State    ZIP Code        Type of NONPRIORITY unsecured claim:
**Who incurred the debt?**    Check one.
☑ Debtor 1 only                               ☐ Student loans
☐ Debtor 2 only                               ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                     that you did not report as priority claims
☐ At least one of the debtors and another     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**    ☑ Other.  Specify
                                              **Collection Attorney**
**Is the claim subject to offset?**
☑ No
☐ Yes

**100% consumer**

Debtor 1   **Terrance John Wooten**                                    Case number (if known)   **24-41676**

| | | |
|---|---|---|
| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** | |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| | |
|---|---|
| **4.11** | **$2,860.00** |

**Jpmcb**
Nonpriority Creditor's Name
**MailCode LA4-7100**
Number      Street
**700 Kansas Lane**

**Monroe**          **LA**    **71203**
City                State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**100% consumer**

Last 4 digits of account number    **4**  **4**  **2**  **1**
When was the debt incurred?    **01/2007**

**As of the date you file, the claim is:** Check that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    **Credit Card**

| | |
|---|---|
| **4.12** | **$255.61** |

**Memorial MRI**
Nonpriority Creditor's Name
**PO Box 55159**
Number      Street

**Houston**          **TX**    **77255-5159**
City                State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**100% consumer**

Last 4 digits of account number    **3**  **0**  **0**  **0**
When was the debt incurred?    **12/23/2021**

**As of the date you file, the claim is:** Check that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    **Medical**

Debtor 1   **Terrance John Wooten**                                    Case number (if known)   **24-41676**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

| 4.13 | | | | **$6,402.60** |

**National Wholesale Supply**
Nonpriority Creditor's Name
**780 N. Grove Rd**
Number       Street

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?**   **8/30/2023**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Richardson          TX     75081**
City                       State    ZIP Code

**Who incurred the debt?**   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**100% business**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
   **Judgment**

| 4.14 | | | | **$1,706.00** |

**Nebraska Furniture Mart**
Nonpriority Creditor's Name
**Attn: Collections**
Number       Street
**PO Box 2335**

**Last 4 digits of account number**   **4   R   E   V**

**When was the debt incurred?**   **09/2020**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Omaha               NE     68103**
City                       State    ZIP Code

**Who incurred the debt?**   Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**100% consumer**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
   **Charge Account**

Debtor 1    **Terrance John Wooten**                                    Case number (if known)    **24-41676**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.15**

$597.88

**Northwestern Mutual**
Nonpriority Creditor's Name
**720 E. Wisconsin Av.**
Number        Street

**Milwaukee            WI        53202**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**100% consumer**

Last 4 digits of account number    **2    4    3    0**
When was the debt incurred?    **2022**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
**Other**

**4.16**

$73,784.89

**PFB Finance Company**
Nonpriority Creditor's Name
**#7 Red Bluff Court**
Number        Street

**Mansfield            TX        76063**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**100% business**

Last 4 digits of account number    ___ ___ ___ ___
When was the debt incurred?    **before 10/11/19**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
**Other**

Debtor 1    **Terrance John Wooten** _____    Case number (if known) **24-41676**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

**4.17** | | **$31.81**

**Professional Finance Co**
Nonpriority Creditor's Name
**5754 W 11th St #100**
Number        Street
_____

_____

**Greeley            CO      80634**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**100% consumer**

Last 4 digits of account number    **4    0    4    7**
When was the debt incurred?    **1/25/2022**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Other**

---

**4.18** | | **$712.66**

**Sequium Asset Solutions**
Nonpriority Creditor's Name
**1130 Northchase Pkwy SE #150**
Number        Street
_____

_____

**Marietta           GA      30067**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**100% consumer**

Last 4 digits of account number    **5    7    0    4**
When was the debt incurred?    **2021**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Other**

Debtor 1    **Terrance John Wooten**                                    Case number (if known)  **24-41676**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**                                                        | **Total claim** |

| 4.19 |
|---|

| | | **$403.00** |

**Spring Oaks Capital, Llc**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**P.O. Box 1216**

**Chesapeake**          **VA**    **23327**
City                  State    ZIP Code

**Who incurred the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**100% consumer**

**Last 4 digits of account number**    **3    4    0    7**
**When was the debt incurred?**    **09/27/2023**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Unknown Loan Type**

| 4.20 |
|---|

| | | **$47.00** |

**Synchrony Bank**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**PO Box 965060**

**Orlando**          **FL**    **32896**
City                  State    ZIP Code

**Who incurred the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**100% consumer**

**Last 4 digits of account number**    **1    2    1    8**
**When was the debt incurred?**    **11/2014**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Charge Account**

Debtor 1    **Terrance John Wooten**                          Case number (if known)  **24-41676**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

**4.21**

| | $362.31 |
|---|---|

**Synchrony Bank**
Nonpriority Creditor's Name
**PO Box 71744**
Number        Street

_____

**Philadelphia        PA      19176**
City                        State      ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**100% consumer**

Last 4 digits of account number   **6   6   6   5**
When was the debt incurred?    **7/11/2023**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Other**

**4.22**

| | $1,436.72 |
|---|---|

**Synchrony Bank**
Nonpriority Creditor's Name
**PO Box 960061**
Number        Street

_____

**Orlando        FL      32896**
City                      State      ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**100% consumer**

Last 4 digits of account number   **9   1   8   8**
When was the debt incurred?    **10/26/2022**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit Card**

Debtor 1    **Terrance John Wooten**      Case number (if known)   **24-41676**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.23

**$93,000.00**

**Texas Comptroller of Public Accounts**
Nonpriority Creditor's Name
**PO Box 13528**
Number     Street

**Austin**      **TX**    **78711-3528**
City       State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**100% business**

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**   **before 9/13/2019**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Sales Taxes**

4.24

**$878.00**

**The Bureaus Inc**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number     Street
**650 Dundee Rd, Ste 370**

**Northbrook**      **IL**    **60062**
City       State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**100% consumer**

**Last 4 digits of account number**   **5**   **3**   **7**   **3**
**When was the debt incurred?**   **10/2023**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Collection Attorney**

Debtor 1     **Terrance John Wooten**                          Case number (if known)   **24-41676**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

| 4.25 | | $140.00 |
|---|---|---|

**Tribal Diagnostics**
Nonpriority Creditor's Name
**PO Box 733358**
Number        Street

_____

**Dallas**                    **TX**     **75373-3358**
City                          State   ZIP Code

**Who incurred the debt?**     Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**100% consumer**

Last 4 digits of account number   **2   0   8   5**
When was the debt incurred?     **4/2024**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
     **Medical**

| 4.26 | | $204.95 |
|---|---|---|

**U-Haul Moving & Storage**
Nonpriority Creditor's Name
**13637 N. Central Expy**
Number        Street

_____

**Dallas**                    **TX**     **75240**
City                          State   ZIP Code

**Who incurred the debt?**     Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**100% consumer**

Last 4 digits of account number   **e   0   1   8**
When was the debt incurred?     **6/1/2022**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
     **Other**

Debtor 1    **Terrance John Wooten**                                    Case number (if known)  **24-41676**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.27**

| | $2,014.61 |
|---|---|

**Wayfair**
Nonpriority Creditor's Name
**PO Box 70267**
Number        Street

**Philadelphia          PA      19176-0267**
City                        State      ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**100% consumer**

**Last 4 digits of account number**   **8   8   0   7**
**When was the debt incurred?**   **5/20/2022**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Credit Card**

**4.28**

| | $15,704.00 |
|---|---|

**Wells Fargo Dealer Services**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number        Street
**1100 Corporate Center Drive**

**Raleigh          NC      27607**
City                        State      ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**100% consumer**

**Last 4 digits of account number**   **5   0   3   0**
**When was the debt incurred?**   **03/2021**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Automobile**

Debtor 1   **Terrance John Wooten** _____   Case number (if known) **24-41676**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here.  Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here.  If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

**44th Judicial District Court**
Name
**George L. Allen, Sr. Courts Building**
Number      Street
**600 Commerce St, Box 540**

**Dallas**          **TX**    **75202**
City             State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line   **4.8**   of  (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**Attorney General**
Name
**U.S. Department of Justice**
Number      Street
**950 Pennsylvania Avenue, NW**

**Washington**       **DC**    **20530-0001**
City             State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
**Required Notification**        ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**Catherine B. Baldo, Esq.**
Name
**Bell Nunnally & Martin LLP**
Number      Street
**2323 Ross Ave. #1900**

**Dallas**          **TX**    **75201**
City             State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line   **4.8**   of  (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**George N. LaBounty III**
Name
**1729 W. Cambell Rd #5508**
Number      Street

**Garland**         **TX**    **75044**
City             State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**Health Texas Provider Network**
Name
**PO Box 842727**
Number      Street

**Dallas**          **TX**    **75284**
City             State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line   **4.1**   of  (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

| Debtor 1 | **Terrance John Wooten** | Case number (if known) | **24-41676** |
|---|---|---|---|

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |
|---|---|

---

**INTERNAL REVENUE SERVICE**
Name
**CENTRALIZED INSOLVENCY OPERATIONS**
Number     Street
**PO BOX 7346**

**PHILADELPHIA         PA     19101-7346**
City                    State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
**Required Notification**      ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**Michael S. Mitchell**
Name
**500 N. Central Expressway #500**
Number     Street

**Plano              TX     75074**
City                State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
**Other**                     ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**Nixon Jach Hubbard PLLC**
Name
**Jacob R. Masters, Esq.**
Number     Street
**14241 Dallas Parkway, #575**

**Dallas             TX     75246**
City                State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.13** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**Octavia Campos**
Name
**4306 Lauren Ln**
Number     Street

**Garland            TX     75043**
City                State   ZIP Code
**Other**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
**Contract/Lease**            ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**Richard J. Wallace**
Name
**Scheef & Stone**
Number     Street
**500 North Akard St.#2700**

**Dallas             TX     75201**
City                State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.5** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**U.S. Attorney General**
Name
**Department of Justice**
Number     Street
**Main Justice Building**

**10th & Constitution Ave.,NW**
**Washington         DC     20530-0001**
City                State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
**Required Notification**      ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Debtor 1    **Terrance John Wooten**                                    Case number (if known)   **24-41676**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**U.S. Small Business Administration**
Name
**10737 Gateway West #300**
Number        Street

**El Paso**               **TX**     **79935**
City                     State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*
**Other**
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

---

**U.S. Small Business Administration**
Name
**409 3rd St., SW**
Number        Street

**Washington**            **DC**     **20416**
City                     State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*
**Other**
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

---

**United States Attorney's Office**
Name
**110 North College Ave Ste 700**
Number        Street

**Tyler**                 **TX**     **75702-0204**
City                     State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*
**Required Notification**
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

---

**United States Trustee's Office**
Name
**110 North College Ave Ste 300**
Number        Street

**Tyler**                 **TX**     **75702-7231**
City                     State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*
**Required Notification**
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

Debtor 1    **Terrance John Wooten**                                      Case number (if known)   **24–41676**

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

                                                                                                                **Total claim**

**Total claims from Part 1**

6a. **Domestic support obligations**                        6a.         **$0.00**

6b. **Taxes and certain other debts you owe the government**     6b.         **$0.00**

6c. **Claims for death or personal injury while you were intoxicated**   6c.         **$0.00**

6d. **Other.** Add all other priority unsecured claims. Write that amount here.   6d. **+**         **$0.00**

6e. **Total.** Add lines 6a through 6d.                 6d.         **$0.00**

                                                                                                                  **Total claim**

**Total claims from Part 2**

6f. **Student loans**                                   6f.         **$0.00**

6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims**   6g.         **$0.00**

6h. **Debts to pension or profit-sharing plans, and other similar debts**   6h.         **$0.00**

6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here.   6i. **+**         **$566,554.67**

6j. **Total.** Add lines 6f through 6i.                 6j.         **$566,554.67**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Terrance** | **John** | **Wooten** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **24-41676**
(if known)

☐ Check if this is an amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No.  Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.

   ☑ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease.  Then state what each contract or lease is for** (for example, rent, vehicle lease, cell phone).  See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Octavia Campos** | **house month to month rent** |
| | Name | **Contract to be ASSUMED** |
| | **4306 Lauren Ln** | |
| | Number     Street | |
| | **Garland**               **TX**     **75043** | |
| | City               State     ZIP Code | |

**Fill in this information to identify your case:**

Debtor 1   __Terrance__        __John__        __Wooten__
           First Name          Middle Name      Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: __EASTERN DISTRICT OF TEXAS__

Case number   __24-41676__
(if known)

☐ Check if this is an amended filing

Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?**   (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*

   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No
      ☑ Yes

      In which community state or territory did you live?   __Texas__   Fill in the name and current address of that person.

      __Hayley L.  Wooten__
      Name of your spouse, former spouse, or legal equivalent
      __3884 CR 2182__
      Number        Street

      __Greenville__                  __TX__      __75402__
      City                            State      ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

   *Column 1:* Your codebtor

   *Column 2:* The creditor to whom you owe the debt

   Check all schedules that apply:

   | 3.1 | __Hayley L. Wooten__ |
   |     | Name |

   __3884 CR 2182__
   Number        Street

   __Greenville__                  __TX__      __75402__
   City                            State      ZIP Code

   ☑ Schedule D, line   __2.2__
   ☐ Schedule E/F, line _____
   ☐ Schedule G, line _____
   **Shellpoint Mortgage Servicing**

Debtor 1    Terrance John Wooten                      Case number (if known)   __24-41676__

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.2 | **Lighthouse Plumbing & Mechanical LLC** |
|---|---|
| | Name |
| | **c/o Terrance Wooten** |
| | Number    Street |
| | **643 S. Church St.** |
| | **Paris**        **TX**      **75460** |
| | City        State      ZIP Code |

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.8**
- ☐ Schedule G, line _____

**Hajoca Corporation**

| 3.3 | **Lighthouse Plumbing & Mechanical LLC** |
|---|---|
| | Name |
| | **c/o Terrance Wooten** |
| | Number    Street |
| | **643 S. Church St.** |
| | **Paris**        **TX**      **75460** |
| | City        State      ZIP Code |

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.13**
- ☐ Schedule G, line _____

**National Wholesale Supply**

| 3.4 | **Lighthouse Plumbing & Mechanical LLC** |
|---|---|
| | Name |
| | **c/o Terrance Wooten** |
| | Number    Street |
| | **643 S. Church St.** |
| | **Paris**        **TX**      **75460** |
| | City        State      ZIP Code |

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.5**
- ☐ Schedule G, line _____

**EquipmentShare.com Inc.**

| 3.5 | **Lighthouse Plumbing & Mechanical LLC** |
|---|---|
| | Name |
| | **c/o Terrance Wooten** |
| | Number    Street |
| | **643 S. Church St.** |
| | **Paris**        **TX**      **75460** |
| | City        State      ZIP Code |

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.16**
- ☐ Schedule G, line _____

**PFB Finance Company**

| 3.6 | **Lighthouse Plumbing & Mechanical LLC** |
|---|---|
| | Name |
| | **c/o Terrance Wooten** |
| | Number    Street |
| | **643 S. Church St.** |
| | **Paris**        **TX**      **75460** |
| | City        State      ZIP Code |

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.6**
- ☐ Schedule G, line _____

**Exeter Operating Partnership IV LP**

| 3.7 | **Lighthouse Plumbing & Mechanical LLC** |
|---|---|
| | Name |
| | **c/o Terrance Wooten** |
| | Number    Street |
| | **643 S. Church St.** |
| | **Paris**        **TX**      **75460** |
| | City        State      ZIP Code |

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.23**
- ☐ Schedule G, line _____

**Texas Comptroller of Public Accounts**

Debtor 1    **Terrance John Wooten** _____    Case number (if known) __**24-41676**__

### Additional Page to List More Codebtors

*Column 1:*  **Your codebtor**    *Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.8 | **Lighthouse Plumbing & Mechanical LLC** |
|---|---|

Name

**c/o Terrance Wooten**
Number      Street

**643 S. Church St.**

| **Paris** | **TX** | **75460** |
|---|---|---|
| City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line     **5.4**
☐ Schedule G, line _____
**George N. LaBounty III**

| 3.9 | **Lighthouse Plumbing & Mechanical LLC** |
|---|---|

Name

**c/o Terrance Wooten**
Number      Street

**643 S. Church St.**

| **Paris** | **TX** | **75460** |
|---|---|---|
| City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line     **5.13**
☐ Schedule G, line _____
**U.S. Small Business Administration**

| 3.10 | **Lighthouse Plumbing & Mechanical LLC** |
|---|---|

Name

**c/o Terrance Wooten**
Number      Street

**643 S. Church St.**

| **Paris** | **TX** | **75460** |
|---|---|---|
| City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line     **5.7**
☐ Schedule G, line _____
**Michael S. Mitchell**

| 3.11 | **Thera Priske** |
|---|---|

Name

**643 S. Church St.**
Number      Street

| **Paris** | **TX** | **75460** |
|---|---|---|
| City | State | ZIP Code |

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☑ Schedule G, line     **2.1**
**Octavia Campos**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Terrance** | **John** | **Wooten** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  **EASTERN DISTRICT OF TEXAS**

Case number **24-41676**
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | **Projects** | |
| **Employer's name** | **Diamond C Plumbing & Utilities** | |
| **Employer's address** | **2620 FM 79**<br>Number  Street | Number  Street |
| | **Paris**          **TX**   **75460**<br>City          State  Zip Code | City          State  Zip Code |
| **How long employed there?** | **3 weeks** | |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. **$5,412.50** | |
| **3.** | Estimate and list monthly overtime pay. | 3. + **$0.00** | |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4. **$5,412.50** | |

| Debtor 1 | **Terrance John Wooten** | | Case number (if known) | **24-41676** |

|  | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| | Copy line 4 here ........................................................... → | 4. | $5,412.50 | |
| **5.** | **List all payroll deductions:** | | | |
| | **5a.** **Tax, Medicare, and Social Security deductions** | 5a. | $925.00 | |
| | **5b.** **Mandatory contributions for retirement plans** | 5b. | $0.00 | |
| | **5c.** **Voluntary contributions for retirement plans** | 5c. | $0.00 | |
| | **5d.** **Required repayments of retirement fund loans** | 5d. | $0.00 | |
| | **5e.** **Insurance** | 5e. | $0.00 | |
| | **5f.** **Domestic support obligations** | 5f. | $0.00 | |
| | **5g.** **Union dues** | 5g. | $0.00 | |
| | **5h.** **Other deductions.** Specify: _____ | 5h.+ | $0.00 | |
| **6.** | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $925.00 | |
| **7.** | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $4,487.50 | |
| **8.** | **List all other income regularly received:** | | | |
| | **8a.** **Net income from rental property and from operating a business, profession, or farm** | 8a. | $0.00 | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| | **8b.** **Interest and dividends** | 8b. | $0.00 | |
| | **8c.** **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | 8c. | $0.00 | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| | **8d.** **Unemployment compensation** | 8d. | $0.00 | |
| | **8e.** **Social Security** | 8e. | $0.00 | |
| | **8f.** **Other government assistance that you regularly receive** | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | | |
| | Specify: _____ | 8f. | $0.00 | |
| | **8g.** **Pension or retirement income** | 8g. | $0.00 | |
| | **8h.** **Other monthly income.** Specify: _____ | 8h.+ | $0.00 | |
| **9.** | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $0.00 | |
| **10.** | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $4,487.50 + | = $4,487.50 |

**11.** **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____   11. + $0.00

**12.** **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.   12. $4,487.50

**Combined monthly income**

**13.** **Do you expect an increase or decrease within the year after you file this form?**

☑ No.   **None.**
☐ Yes. Explain:

**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Terrance** | **John** | **Wooten** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** | | | |
| Case number (if known) | **24-41676** | | | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☒ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**     ☒ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ Yes. Fill out this information for each dependent....................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No / ☐ Yes |
| _____ | _____ | ☐ No / ☐ Yes |
| _____ | _____ | ☐ No / ☐ Yes |
| _____ | _____ | ☐ No / ☐ Yes |
| _____ | _____ | ☐ No / ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ☒ No
   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.**    4. _____ **$1,200.00**
   Include first mortgage payments and any rent for the ground or lot.

   If not included in line 4:

   4a. Real estate taxes    4a. _____

   4b. Property, homeowner's, or renter's insurance    4b. _____

   4c. Home maintenance, repair, and upkeep expenses    4c. _____

   4d. Homeowner's association or condominium dues    4d. _____

Debtor 1   **Terrance John Wooten** _____   Case number (if known) **24-41676** _____

|  | | | Your expenses |
|---|---|---|---|

**5.** **Additional mortgage payments for your residence,** such as home equity loans   5. _____

**6.** **Utilities:**

   6a.  Electricity, heat, natural gas   6a.   **$350.00**

   6b.  Water, sewer, garbage collection   6b.   **$100.00**

   6c.  Telephone, cell phone, Internet, satellite, and cable services   6c.   **$300.00**

   6d.  Other.  Specify: _____   6d. _____

**7.** **Food and housekeeping supplies**   7.   **$550.00**

**8.** **Childcare and children's education costs**   8. _____

**9.** **Clothing, laundry, and dry cleaning**   9.   **$100.00**

**10.** **Personal care products and services**   10.   **$100.00**

**11.** **Medical and dental expenses**   11.   **$300.00**

**12.** **Transportation.** Include gas, maintenance, bus or train fare.  Do not include car payments.   12.   **$454.00**

**13.** **Entertainment, clubs, recreation, newspapers, magazines, and books**   13.   **$75.00**

**14.** **Charitable contributions and religious donations**   14.   **$100.00**

**15.** **Insurance.**

Do not include insurance deducted from your pay or included in lines 4 or 20.

   15a.  Life insurance   15a. _____

   15b.  Health insurance   15b. _____

   15c.  Vehicle insurance   15c.   **$180.00**

   15d.  Other insurance.  Specify: _____   15d. _____

**16.** **Taxes.**   Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____   16. _____

**17.** **Installment or lease payments:**

   17a.  Car payments for Vehicle 1   **Day Care**   17a.   **$549.00**

   17b.  Car payments for Vehicle 2   17b. _____

   17c.  Other.  Specify: _____   17c. _____

   17d.  Other.  Specify: _____   17d. _____

**18.** **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).**   18. _____

**19.** **Other payments you make to support others who do not live with you.**
Specify: _____   19. _____

Debtor 1    **Terrance John Wooten** _____    Case number (if known) **24-41676** _____

**20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

| | | | |
|---|---|---|---|
| 20a. | Mortgages on other property | 20a. | _____ |
| 20b. | Real estate taxes | 20b. | _____ |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | _____ |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | _____ |
| 20e. | Homeowner's association or condominium dues | 20e. | _____ |

**21. Other.** Specify: _____    21. + _____

**22. Calculate your monthly expenses.**

| | | | |
|---|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. | **$4,358.00** |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. | _____ |
| 22c. | Add line 22a and 22b.  The result is your monthly expenses. | 22c. | **$4,358.00** |

**23. Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. | **$4,487.50** |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. | − **$4,358.00** |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | **$129.50** |

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes. Explain here:
**None.**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Terrance** | **John** | **Wooten** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **24-41676**
(if known)

☐ Check if this is an
amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information    **12/15**

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  Fill out all of your schedules first; then complete the information on this form.  If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

## Part 1:    Summarize Your Assets

|  |  | **Your assets**<br>Value of what you own |
|---|---|---|
| **1.** | *Schedule A/B: Property* (Official Form 106A/B) | |
| | 1a.  Copy line 55, Total real estate, from Schedule A/B.......................................................... | **$0.00** |
| | 1b.  Copy line 62, Total personal property, from Schedule A/B.............................................. | **$25,525.00** |
| | 1c.  Copy line 63, Total of all property on Schedule A/B........................................................ | **$25,525.00** |

## Part 2:    Summarize Your Liabilities

|  |  | **Your liabilities**<br>Amount you owe |
|---|---|---|
| **2.** | *Schedule D: Creditors Who Have Claims Secured by Property*  (Official Form 106D) | |
| | 2a.  Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | **$627,186.13** |
| **3.** | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a.  Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.................................. | **$0.00** |
| | 3b.  Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................. **+** | **$566,554.67** |
| | **Your total liabilities** | **$1,193,740.80** |

## Part 3:    Summarize Your Income and Expenses

|  |  |  |
|---|---|---|
| **4.** | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of Schedule I........................................................ | **$4,487.50** |
| **5.** | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of Schedule J............................................................... | **$4,358.00** |

Debtor 1   **Terrance John Wooten**                                                 Case number (if known) **24-41676**

## Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☒ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☒ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from
   Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.                    _____

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:*

   **Total claim**

   From Part 4 on *Schedule E/F,* copy the following:

   9a.  Domestic support obligations.  (Copy line 6a.)                                              _____

   9b.  Taxes and certain other debts you owe the government.  (Copy line 6b.)                      _____

   9c.  Claims for death or personal injury while you were intoxicated.  (Copy line 6c.)            _____

   9d.  Student loans.  (Copy line 6f.)                                                             _____

   9e.  Obligations arising out of a separation agreement or divorce that you did not report as     _____
        priority claims.  (Copy line 6g.)

   9f.  Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.)    **+** _____

   9g.  **Total.**  Add lines 9a through 9f.                                                         _____

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Terrance** | **John** | **Wooten** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **24-41676**
(if known)

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules          12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Terrance John Wooten**          X _____
Terrance John Wooten, Debtor 1                Signature of Debtor 2

Date **08/02/2024**                          Date _____
MM / DD / YYYY                              MM / DD / YYYY

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:  **Terrance John Wooten**                          CASE NO   **24-41676**

                                                         CHAPTER   **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

**Exemption Totals by Category:**                        Scheme Selected: **Federal**

(Values and liens of surrendered property are NOT included in this section)

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|---|---|---|---|---|---|---|
| 1. | Real property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3. | Motor vehicles (cars, etc.) | $2,000.00 | $530,703.13 | $0.00 | $0.00 | $0.00 |
| 4. | Water/Aircraft, Motor Homes, Rec. veh. and access. | $20,000.00 | $528,703.13 | $0.00 | $0.00 | $0.00 |
| 6. | Household goods and furnishings | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7. | Electronics | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8. | Collectibles of value | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9. | Equipment for sports and hobbies | $500.00 | $506,178.13 | $0.00 | $0.00 | $0.00 |
| 10. | Firearms | $2,500.00 | $508,703.13 | $0.00 | $0.00 | $0.00 |
| 11. | Clothes | $500.00 | $0.00 | $500.00 | $500.00 | $0.00 |
| 12. | Jewelry | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13. | Non-farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14. | Unlisted pers. and household items- incl. health aids | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Cash | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17. | Deposits of money | $25.00 | $506,203.13 | $0.00 | $0.00 | $0.00 |
| 18. | Bonds, mutual funds or publicly traded stocks | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Non-pub. traded stock and int. in businesses | $0.00 | $505,678.13 | $0.00 | $0.00 | $0.00 |
| 20. | Govt. and corp. bonds and other instruments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Retirement or pension accounts | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22. | Security deposits and prepayments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Annuities | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Interests in an education IRA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Trusts, equit. or future int. (not in line 1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26. | Patents, copyrights, and other intellectual prop. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Licenses, franchises, other general intangibles | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Tax refunds owed to you | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:  **Terrance John Wooten**                                    CASE NO   **24-41676**

                                                                   CHAPTER   **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 1*

**Exemption Totals by Category:**                                  Scheme Selected: **Federal**

(Values and liens of surrendered property are NOT included in this section)

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------|--------------------|--------------|--------------------|-----------------------|
| 29. | Family support | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Other amounts someone owes you | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Interests in insurance policies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Any int. in prop. due you from someone who has died | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Claims vs. third parties, even if no demand | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | Other contin. and unliq. claims of every nature | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Any financial assets you did not already list | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38. | Accounts rec. or commissions you already earned | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39. | Office equipment, furnishings, and supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40. | Mach., fixt., equip., bus. suppl., tools of trade | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41. | Inventory | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42. | Interests in partnerships or joint ventures | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43. | Customer and mailing lists, or other compilations | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44. | Any business-related property not already listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47. | Farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48. | Crops--either growing or harvested | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49. | Farm/fishing equip., impl., mach., fixt., tools | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50. | Farm and fishing supplies, chemicals, and feed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51. | Farm/commercial fishing-related prop. not listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 53. | Any other property of any kind not already listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | **$25,525.00** | **$3,086,168.78** | **$500.00** | **$500.00** | **$0.00** |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:  **Terrance John Wooten**

CASE NO    **24-41676**

CHAPTER    **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 2*

**Surrendered Property:**

The following property is to be surrendered by the debtor.  Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis.  The below listed items are to be returned to the lienholder.

| Property Description | Market Value | Lien | Equity |
|---|---|---|---|
| **Real Property** | | | |
| 3884 CR 2182, Greenville, TX 75402 | $0.00 | $96,483.00 | $0.00 |
| **Personal Property** | | | |
| (None) | | | |
| TOTALS: | $0.00 | $96,483.00 | $0.00 |

**Non-Exempt Property by Item:**

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| **Real Property** | | | | |
| (None) | | | | |
| **Personal Property** | | | | |
| (None) | | | | |
| TOTALS: | $0.00 | $0.00 | $0.00 | $0.00 |

| Summary | |
|---|---|
| A. Gross Property Value (not including surrendered property) | **$25,525.00** |
| B. Gross Property Value of Surrendered Property | **$0.00** |
| C. Total Gross Property Value (A+B) | **$25,525.00** |
| D. Gross Amount of Encumbrances (not including surrendered property) | **$3,086,168.78** |
| E. Gross Amount of Encumbrances on Surrendered Property | **$96,483.00** |
| F. Total Gross Encumbrances (D+E) | **$3,182,651.78** |
| G. Total Equity (not including surrendered property)  /  (A-D) | **$500.00** |
| H. Total Equity in surrendered items  (B-E) | **$0.00** |
| I.  Total Equity  (C-F) | **$500.00** |
| J.  Total Exemptions Claimed          (Wild Card Used: $0.00, Available: $15,425.00) | **$500.00** |
| K.  Total Non-Exempt Property Remaining  (G-J) | **$0.00** |